**PINETREE, L.C., Plaintiff–Appellant,**

v.

**NEW SOUTH FEDERAL SAVINGS BANK, J.P. Morgan Investment Management, Inc., Defendants–Appellees.**

No. 05–12655.

United States Court of Appeals,
Eleventh Circuit.

April 26, 2006.

Arnold R. Ginsberg, Ginsberg & Schwartz, Miami, FL, for Plaintiff–Appellant.

Ilene L. Pabian, Jose A. Casal, Esq., Holland & Knight, LLP, Miami, FL, for Defendants–Appellees.

Before ANDERSON, FAY and SILER,* Circuit Judges.

PER CURIAM:

After oral argument and careful consideration, and for the reasons indicated in the magistrate judge's order granting summary judgment, we conclude that the judgment of the court below is due to be affirmed.

**AFFIRMED.**